G. P. Construction Co., Inc., Plaintiff-Appellee, *v.* Walter Diestelhorst, Defendant-Appellant.

(No. 72-209;

Fifth District—June 7, 1974.

PER CURIAM.
CREBS, J., took no part.

Denis McGrady, Jr., of McGrady and Madden, of Gillespie, for appellant.

Sprague, Sprague & Ysursa, of Belleville (Robert J. Sprague, of counsel), for appellee.

James Castle, Plaintiff-Appellant, *v.* Norman E. Hulcher, Individually, and d/b/a Norman Hulcher Quarry, and Hulcher Quarry, Inc., Defendants-Appellees.

(No. 72-349;

Fifth District—June 10, 1974.